AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Donnie Prater | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:13-cv-02884-SDW-MCA |
| Zimmer Holdings, Inc., et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Donnie Prater                                                                                                    .

Date:    09/19/2013

*Attorney's signature*

Bahar Dejban, CA SBN 240135
*Printed name and bar number*

KHORRAMI BOUCHER SUMNER SANGUINETTI, LLP
444 S. Flower St., 33rd Floor
Los Angeles, CA 90071
*Address*

bdejban@kbsslaw.com
*E-mail address*

(213) 596-6000
*Telephone number*

(213) 596-6010
*FAX number*