**FAEGRE BAKER DANIELS LLP**
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
(317) 237-0300
Attorneys for the defendants,
    Zimmer Holdings, Inc., Zimmer, Inc.,
    Zimmer US, Inc., and Zimmer GmbH

ISBN 11856-49 (J. Joseph Tanner, Esq.)
ISBN 19326-49A (Stacy L. Prall, Esq.)
ISBN 25516-49 (Andrew L. Campbell, Esq.)
ISBN 28771-49 (John T. Schlafer, Esq.)

| | |
|---|---|
| DONNIE PRATER,  )<br>  )<br>         Plaintiff,  )<br>  )<br>    vs.  )<br>  )<br>ZIMMER HOLDINGS, INC., ZIMMER, INC.,  )<br>ZIMMER US, INC., and ZIMMER GMBH,  )<br>  )<br>         Defendants.  )<br>  )<br>  )<br>  ) | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Case No.: 2:13-cv-02884 (SDW-MCA)<br><br>MDL No. 2158<br><br><br>**ENTRY OF APPEARANCE** |

TO:    Clerk, United States District Court for
           the District of New Jersey
         Martin Luther King Building and U.S. Courthouse
         50 Walnut Street
         Newark, NJ  07101

         All Counsel of Record via ECF

PLEASE TAKE NOTICE that J. Joseph Tanner, Esq., Stacy L. Prall, Esq., Andrew L. Campbell, Esq., and John T. Schlafer, Esq., of the law firm of Faegre Baker Daniels LLP, hereby enter appearances as counsel for the defendants, Zimmer Holdings, Inc., Zimmer, Inc., Zimmer US, Inc., and Zimmer GmbH, in the above-captioned matter.  A request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in this matter be served upon this counsel at the address and/or electronic mail address listed below:

J. Joseph Tanner, Esq.
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
317-237-0300
joe.tanner@faegrebd.com

Stacy L. Prall, Esq.
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
317-237-0300
stacy.prall@faegrebd.com

Andrew L. Campbell, Esq.
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
317-237-0300
andrew.campbell@faegrebd.com

John T. Schlafer, Esq.
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
317-237-0300
john.schlafer@faegrebd.com

FAEGRE BAKER DANIELS LLP
Attorneys for the defendants,
Zimmer Holdings, Inc., Zimmer, Inc., Zimmer US, Inc., and Zimmer GmbH

By:   *s/ J. Joseph Tanner*
      J. Joseph Tanner, Esq.
      A Member of the Firm

By:   *s/ Stacy L. Prall*
      Stacy L. Prall, Esq.
      A Member of the Firm

By:   *s/ Andrew L. Campbell*
      Andrew L. Campbell, Esq.
      A Member of the Firm

By:   *s/ John T. Schlafer*
      John T. Schlafer, Esq.
      An Associate of the Firm

Dated:  September 27, 2013

## **CERTIFICATE OF SERVICE**

I certify that on September 27, 2013, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

>Helen Zukin
>zukin@kbla.com
>
>Bahar Dejban
>bdejban@kbsslaw.com

>*/s/ John T. Schlafer*

dms.us.52417624.01